NO. 07-09-00268-CR

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL C

 MARCH 24, 2010

 ANDREA GORDON,
 Appellant
 v.

 THE STATE OF TEXAS,
 Appellee
 _____________________________

 FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

 NO. 56,388-E; HONORABLE DOUGLAS WOODBURN, PRESIDING

 Memorandum Opinion

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

 Andrea Gordon was indicted for aggravated assault with a deadly weapon and convicted by a jury
of the lesser offense of deadly conduct. She seeks reversal of that conviction on the basis that
the evidence is legally and factually insufficient to support it. The State concedes error, and we
reverse the judgment.
 The jury was instructed that it could convict appellant of deadly conduct it if found that she
knowingly discharged a firearm at or in the direction of a building and was reckless as to whether
it was occupied. See Tex. Penal Code Ann. §22.05(b)(2) (Vernon 2003).[1] The phrase “at or in the
direction of” by its plain language contemplates that the firearm be discharged from some location
other than the building or habitation itself. Reed v. State, 268 S.W.3d 615, 617 (Tex. Crim. App.
2008). The evidence here is undisputed that appellant fired a weapon in her own home while in her
bedroom. Thus, it is not legally sufficient to support the jury’s verdict, as conceded by the
State. Id. at 617-18.
 Accordingly, we reverse the conviction and enter a judgment of acquittal.

 Per Curiam

Do not publish.

-----------------------
 [1]Neither party challenges the jury charge on appeal.